**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 96-6767**

_____

CURTIS JEROME MCCRAY,

Plaintiff - Appellant,

versus

JIM TOWNLY, Superintendent; VIRGINIA DEPART-
MENT OF TRANSPORTATION,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  Samuel G. Wilson, District Judge.
(CA-95-940-R)

_____

Submitted:  December 19, 1996      Decided:  December 31, 1996

_____

Before ERVIN and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit
Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Curtis Jerome McCray, Appellant Pro Se.  Pamela Anne Sargent,
Assistant Attorney General, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. McCray v. Townly, No. CA-95-940-R (W.D. Va. Apr. 9, 1996). We deny Appellant's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED